UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFOCENTER.IO CORPORATION, <br><br>                       Plaintiff, <br><br> v. <br><br> CONVO COMMUNICATIONS, LLC., et al., <br><br>                       Defendants. | 23-CV-2903 (DEH) <br><br> **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

      This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment; provided the pretrial conference scheduled for March 8, 2024, at 11:00 A.M. is rescheduled to **March 12, 2024, at 10:00 A.M.** The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 469 936 487, followed by the pound (#) sign. By **March 5, 2024**, the parties shall submit a joint status letter. The letter shall state whether any party intends to file a dispositive motion. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

      SO ORDERED.

Dated: October 17, 2023
          New York, New York

                                                                      DALE E. HO
                                                     United States District Judge